FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 20 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1  Alan L. McNeil, WSBA#:7930
2  Adrienne Thommes, WSBA#:9107595
   University Legal Assistance
3  721 North Cincinnati Street
   P.O. Box 3528
4  Spokane, WA 99220-3528
5  (509)313-5791 Telephone
   (509)313-5805 Facsimile
6

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
9

10  ANNETTE P. TISSUE, a single woman,       )
                                             )    NO: **CV-09-53-RHW**
11                              Plaintiff,   )
                                             )    COMPLAINT FOR
12  v.                                       )    DAMAGES
                                             )
13                                           )
                                             )
14  CITIFINANCIAL, INC. a Texas              )
    Corporation doing business in Spokane,   )
15  Washington,  and their AGENTS,           )
    QUICKEN LOANS, INC., a Michigan          )
16  Corporation doing business in Spokane    )
    Washington, and their AGENTS, and        )
17                                           )
    COUNTRYWIDE HOME LOANS, INC.,            )
18  a Texas Corporation doing business in    )
    Spokane, Washington and their AGENTS,    )
19                                           )
                                             )
20                             Defendants.   )
                                             )
21  _____ )

22       COMES NOW THE Plaintiff, Annette P. Tissue, by and through her

23  attorney, UNIVERSITY LEGAL ASSISTANCE, Alan L. McNeil and Adrienne

24  COMPLAINT                              UNIVERSITY  LEGAL  ASSISTANCE
    Page 1 of 24                           721 North Cincinnati Street - PO  Box 3528
25  Tissue/Pleadings/Complaint/022009/at/alm/jc      Spokane, WA  99220-3528
                                                     (509)313-5791 Telephone
                                                     (509)313-5805 Facsimile
                                                     (509) 313-3796 TTY

Sue Thommes, and for causes of action against the Defendants alleges as follows:

This is an action for damages and remedies against Defendants,

CitiFinancial, Inc. and agents; Quicken Loans, Inc. and agents; and Countrywide

Home Loans, Inc. and agents, including, but not limited to duties established under

R.C.W. 19.146, Fraud, Negligent Misrepresentation, unconscionability, Unfair and

Deceptive Acts and Practices under the Washington State Consumer Protection

Act (R.C.W. 19.86 et seq.), TILA, HOEPA, and RESPA.

## I. PARTIES AND JURISDICTION

1.1     Plaintiff, Annette Tissue, a 78 year old widow, is now and was at all
times material hereto residing in Spokane County Washington. Plaintiff is the
equitable and beneficial owner of 5019 N. Belt St., Spokane, State of Washington.

1.2     Defendant, CitiFinancial, Inc., is a Texas corporation doing business
in Spokane, State of Washington.

1.3     Defendant, Quicken Loans, Inc. is a Michigan corporation doing
business in Spokane, State of Washington.

1.4     Defendant, Countrywide Home Loans, is a Texas corporation, with its
principal place of business and business address located therein, doing business in
Spokane, State of Washington.

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

1.5     Jurisdiction and venue are proper in the District Court Eastern District of Washington, in that Plaintiff and Defendants reside in and/or conduct business in said county and the property, the mortgage of which is at issue in this complaint, is located in Spokane County, Washington. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. 1367. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## II.  FACTS

2.1     Annette Tissue is 78 years old (D.O.B. .

2.2     Annette Tissue was married at sixteen (16) years old and subsequently gave birth to three children.

2.3     Annette Tissue has worked at several similarly situated menial labor jobs for the duration of her adult life, including but not limited to the following: food server, produce packer, and house-maid.

2.4     Annette Tissue was a newly widowed elderly woman whom had never managed her own financial resources prior to her husband's death.

2.5     Annette Tissue was unemployed at all times relevant herein to her fiduciary relationship with CitiFinancial, Inc.

COMPLAINT
Page 3 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

2.6    Upon meeting Annette Tissue, Defendant, CitiFinancial, Inc. recognized that Plaintiff is elderly, has little education, is not sophisticated financially, and had significant equity in her home.

2.7    Defendant, CitiFinancial, Inc. refinanced Plaintiff, Annette Tissue's home six (6) times in less than three (3) years with residential mortgage loans.

2.8    Defendant, Quicken Home Loans, Inc. and agents refinanced Annette Tissue's home once and for her seventh time on 6/13/2007 only three (3) months after her last loan with Defendant, CitiFinancial, Inc.

2.9    Annette Tissue initially contacted CitiFinancial, Inc. by phone in or around September, 2004 because she had concerns regarding her unsecured consumer debt.

2.10    Annette Tissue met Defendant, CitiFinancial, Inc.'s loan representative from its store located in Spokane, WA, for a consultation. She found the loan representative to be very outgoing, and pleasant.

2.11    Over the next few years, the Defendant CitiFinancial, Inc., and agents repeatedly pressured Annette Tissue to refinance her home.

2.12    At the time Annette Tissue entered into the first transaction, she was 74 years old and was, and still is, unable to manage her finances alone. Plaintiff,

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

Annette Tissue now has her family help her with her financial affairs because of her age and her lack of education and understanding.

2.13   Annette Tissue's only income at the time of her first loan transaction was approximately $200.00 per month in Social Security benefits and $800.00 per month in Retirement benefits.

2.14   Over the next three years, Defendant, CitiFinancial, Inc., agents encouraged Annette Tissue to enter into five additional mortgage loans. On numerous occasions, Defendant's agents initiated the contract with Annette Tissue.

2.15   Defendant, CitiFinancial, Inc. and agents sent Annette Tissue mailings describing how advantageous it would be to borrow more money from them.

2.16   Defendant, CitiFinancial, Inc. and agents regularly called Annette Tissue claiming that refinancing her loan would optimize her loan terms and payment schedule.

2.17   The first transaction took place on 10/12/2004. The amount financed was 20,469.51 and the monthly payments were $180.00 with an interest rate of 7% or more.

2.18   The second transaction took place one (1) month later on 11/23/2004. The amount financed was $26,693.44 and the monthly payments were $240.00 with an interest rate of 7% or more.

COMPLAINT
Page 5 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

2.19   The third transaction took place three (3) months later on 2/15/2005. The amount financed was $32,156.52 and the monthly payments were $250.00 with an interest rate of 7% or more.

2.20   The fourth transaction took place three (3) months later again on 5/13/2005. The amount financed was $55,304.38 and the monthly payments were $454.00 with an interest rate of 7.75% or more.

2.21   The fifth transaction took place seven (7) months later on 12/16/2005. The amount financed was $75,360.51 and the monthly payments were $606.00 with an interest rate of 9% or more.

2.22   The sixth transaction took place about one (1) year later on 3/27/2007. The amount financed was $110,828.37 and the monthly payments were $911.00 with an interest rate of 9.25% or more.

2.23   The seventh transaction took place about three (3) months later on 6/13/2007. The amount financed was $123,000.00 and the monthly payments were approx. $900.00 with an interest rate of 6.9% or more.

2.24   In each of these loan transactions, Defendant's agents failed to clearly and accurately communicate all of the closing costs and finance charges associated with the loans. Instead, Defendant represented that Plaintiff, Annette Tissue needed to refinance the previous loans to improve his financial situation.

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

2.25   In approximately 7/10/2007, Defendant, Countrywide Home Loans, Inc. and agents purchased Annette Tissue's home loan and became and currently is her creditor and the servicer of the account.

2.26   By the time of the sixth transaction, Plaintiff, Annette Tissue was 77 years old, in poor health, and her monthly payments were $911.71, a figure which was roughly 90% of her then monthly income. Defendant, CitiFinancial, Inc. knew, or reasonably should have known that Plaintiff, Annette Tissue would not be able to afford these payments over the life of this loan.

2.27   Defendant's course of conduct throughout these transactions was willful and malicious and designed to harm Plaintiff, Annette Tissue financially to Defendant, CitiFinancial, Inc.'s economic gain.

2.28   Defendant, CitiFinancial, Inc. obtained a mortgage from an elderly and inexperienced consumer, then repeatedly refinanced adding extra costs and fees until the Plaintiff, Annette Tissue was unable to pay the monthly mortgage payments. The end result of this pattern is the loss of Plaintiff, Annette Tissue's home.

2.29   On November 7, 2008, Annette Tissue, sent a qualified written request to CitiFinancial, Inc. and agents.

UNIVERSITY  LEGAL  ASSISTANCE
721 North Cincinnati Street - PO  Box 3528
Spokane, WA  99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

2.30   On December 10, 2008 Defendant, CitiFinancial, Inc. and agents responded to Annette Tissue's qualified written request ineffectively and in violation of its obligations under RESPA, as it failed to supply all of the documents requested by her and additionally failed to explain why the documents were not included with the loan documents.

### III.  FIRST CLAIM FOR RELIEF: VIOLATION OF THE MORTGAGE BROKERS PRACTICES ACT RCW 19.146.

3.1     Annette Tissue re-alleges paragraphs 1 through 3.31 respectively.

3.2     Defendant, CitiFinancial, Inc. and agents, Quicken Home Loans, Inc. and agents, and Countrywide Home Loans, Inc. and agents all violated the MBPA, which established a fiduciary duty:

(1)     Annette Tissue placed her trust and confidence in Defendant, CitiFinancial, Inc. and agents, and Quicken Loans, Inc. and agents as fiduciary, and relied on Defendants to exercise its skills and expertise for Annette Tissue's benefit; and (2) Defendant, CitiFinancial, Inc. established a Fiduciary relationship with Plaintiff, Annette Tissue by offering and agreeing to act on Plaintiff, Annette Tissue's behalf in securing her six (6) a home loans in less than three (3) years. Defendant, Quicken Loans, Inc. and agents violated RCW 19.144 when offering and agreeing to act on Annette Tissue's behalf in securing a home loan for her.

COMPLAINT
Page 8 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA  99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

3.3    Defendant, CitiFinancial, Inc. and agents, and Defendant Quicken Loans, Inc. and agents knew and were aware at all times that Plaintiff, Annette Tissue was nearly 80 years old, uneducated and a newly widowed unsophisticated consumer.

3.4    Defendant, CitiFinancial, Inc. and agents, and Quicken Loans, Inc. and agents failed to disclose that they were acting for their own interests, and by oral and written communications, omissions, fraudulently encouraged Annette Tissue to believe he was acting in his best interests in a fiduciary capacity and violated their duty of good faith, honesty, and equity.

3.5    Defendant, CitiFinancial, Inc. and agents, and Quicken Loans, Inc. and agents breached their fiduciary duties to Annette Tissue by failing to make a full and honest disclosure of material facts which would affect Plaintiff, Annette Tissue's loan eligibility including, but not limited to the following: (i) the actual value of Plaintiff, Annette Tissue's assets; (ii) the overstatement of Annette Tissue's income; and (iii) Defendant, CitiFinancial, Inc. and agents' intentions for securing the mortgage loans which was to profit at the expense of a vulnerable, elderly consumer.

3.6    Defendant, CitiFinancial, Inc. and its agents devised and accepted or paid a yield-spread premium at the expense and detriment of the borrower.

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

Under the doctrine of fiduciary duty, Defendant, CitiFinancial, Inc. must act in Annette Tissue's best interest in the utmost good faith and fair dealing.

     3.7    Defendant, CitiFinancial, Inc. and agents and Quicken Loans, Inc. and agents breaches of fiduciary duty caused Annette Tissue monetary damage and caused personal injuries. She is about to lose her home and foreclosure is currently set for February 27, 2009.

     3.8    Annette Tissue has suffered unwarranted stress and anxiety, mental suffering and has lost significant time and energy attempting to save her home.

     3.9    Annette Tissue has suffered damages from Defendants in an amount to be determined at trial.

## IV.  SECOND CLAIM FOR RELIEF: FRAUD

     4.1    Annette Tissue re-alleges every allegation in paragraphs 1-3 against Defendant, CitiFinancial, Inc.

     4.2    Defendant, CitiFinancial, Inc. and agents, through its actions, satisfy the seven requirements for fraud:

     A. Defendant, CitiFinancial, Inc. and agents knowingly and deliberately arranged and brokered an improvident mortgage loan by knowingly mis-stating income to Annette Tissue's detriment.

COMPLAINT
Page 10 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

B. Defendant, CitiFinancial, Inc. and agents purposefully and knowingly inflated Annette Tissue's income to enable her to receive refinances to her ultimate detriment by making her secured loans she could not afford.

C. Defendant, CitiFinancial, Inc. and agents knowingly represented that Annette Tissue earned more income than she actually did.

D. Defendant, CitiFinancial, Inc. agents knew its entries on the application were false because they fabricated the false entries.

E. Defendant, CitiFinancial, Inc. agents presented these facts to CitiFinancial, Inc. to secure a predatory loan.

F. Plaintiff, Annette Tissue knew nothing of these entries and did not contribute to their production.

G. Plaintiff, Annette Tissue relied on Defendant, CitiFinancial, Inc.'s agents to produce a truthful application that reflected actual income, assets and obligations so any loan extended would be affordable.

H. Plaintiff, Annette Tissue relied on the applications produced by Defendant, CitiFinancial, Inc. and agents as she should have relied on her fiduciary.

COMPLAINT
Page 11 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

4.3    Annette Tissue suffered damages due to Defendant, CitiFinancial, Inc. and agent's action in an amount to be determined at trial.

## V.  THIRD CLAIM FOR RELIEF: NEGLIGENT MISREPRESENTATION

5.1    Plaintiff, Annette Tissue re-alleges every allegation in paragraphs 1-3 against Defendant, CitiFinancial, Inc.

5.2    Defendant, CitiFinancial, Inc., through its agent's actions, as a principal in the agency relationship satisfy the four (4) requirements for negligent misrepresentation:

(i) a false statement made that refinancing would help Plaintiff, Annette Tissue's position;

(ii) made to induce several business transactions with CitiFinancial, Inc.;

(iii) which Plaintiff, Annette Tissue reasonably relied on; and

(iv) which Plaintiff, Annette Tissue justifiably relied on in the fiduciary relationship.

(v) As a result, Annette Tissue suffered damages in an amount to be determined at trial

## VI.  FOURTH CLAIM FOR RELIEF: UNCONSCIONABILITY

6.1    Plaintiff, Annette Tissue re-alleges every allegation in paragraphs 1-5 against Defendant, CitiFinancial, Inc. and agents.

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

6.2     Defendant, CitiFinancial and agents engaged in procedural

unconscionability in formation of the mortgage contract, because Plaintiff, Annette

Tissue was a vulnerable position and had essentially no bargaining power in the

transaction.

6.3     The formation of the contract and its consequences were oppressive,

so one-sided that it is shocking to the conscience, harsh, and calloused because the

Defendant, CitiFinancial, Inc. and agents lead Annette Tissue to believe, over and

over again, that a refinance was the only viable option she had to repair her

financial problems, gave her loans she could not afford and continued to contact

her sometimes monthly encouraging her to refinance her home to "improve" her

financial position.

6.4     The contracts unreasonably allocated the risks of the bargain onto

Annette Tissue as Defendant, CitiFinancial, Inc. and agents knew at all times that

Annette Tissue was in a state of financial distress and that she would inevitably

lose her home through the use of these loans.

6.5     Defendant, CitiFinancial, Inc. and agents, and Defendant, Quicken

Loans, Inc. and agents made the loans knowing that they were not affordable. The

monthly payments on the last loan made on 3/27/2007 were over $900 a month

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

despite a fixed SSI and Retirement income of $1100. The subsequent loan from

6/13/2007 by Quicken Loans, Inc. and agents had monthly payments of approx.

$900 a month despite a fixed income of $1100 per month as well. Annette Tissue

is a 78 year old woman, whom was below the poverty level at all relevant times,

and had no reasonable expectation of ever seeking additional employment to

subsidize her income.

6.6     Defendant, CitiFinancial, Inc. and agents, and Quicken Loans, Inc.

and agents failed to provide a credible analysis of Annette Tissue's capacity to

repay the loan according to its terms.

6.7     Defendant, Quicken Loans, Inc. and agents provided Annette Tissue

with a loan she could not afford to her damage, Defendant, CitiFinancial, Inc. and

agents provided Plaintiff with a loan provided Plaintiff, Annette Tissue with

several improvident loans to further their own needs to Annette Tissue's damage.

6.8     Annette Tissue suffered damage as a result of the unconscionable acts

of the Defendants.

## VII.  FIFTH CLAIM FOR RELIEF: UNFAIR AND DECEPTIVE ACTS AND PRACTICES

7.1     Annette Tissue re-alleges every allegation in paragraphs 1-6 against

Defendant, CitiFinancial, Inc. and agents.

COMPLAINT
Page 14 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

7.2    Defendant, CitiFinancial, Inc. and agents, and Quicken Loans and agent made the loans to Plaintiff, Annett Tissue with no regard for her inability to repay them.

7.3    The loans, in their entirety, were at all times and are now substantively unfair and deceptive because they were not affordable for Plaintiff, Annette Tissue, and Defendant, CitiFinancial, Inc. knew she was limited in education and financial competence and that Annette Tissue stood to lose her home as a result of these loans.

7.4    The loans were unfair and deceptive, as Defendant, CitiFinancial, Inc. and Quicken Loan, Inc. and agents at no time informed Plaintiff, Annette Tissue of the disadvantageous nature of the loans, i.e., putting her home in jeopardy to pay on unsecured debt and credit cards.

7.5    Defendants, CitiFinancial, Inc. and agents, and Quicken Loans, Inc. and agents received generous yield spread premiums and fees from Annette Tissue's loans to her damage. Annette Tissue did not have the capacity to keep up the monthly payments on the loans and was encouraged to continually refinance to cure her financial woes.

COMPLAINT
Page 15 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

7.6    Defendant, CitiFinancial, Inc. and agents actions with regard to Washington consumers are unfair and deceptive trade practices and an unfair method of competition, as specifically contemplated by RCW 19.86.020.

### VIII. SIXTH CLAIM FOR RELIEF: REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) 12 U.S.C. 2601 et seq.

Plaintiff, Annette Tissue re-alleges every allegation in paragraphs 1.1 through 8.5 against Defendant, CitiFinancial, Inc. and agents respectively.

8.1    Defendant, CitiFinancial, Inc. and agents violated RESPA by failing to provide a written response acknowledging receipt of the correspondence within 20 days of receiving a qualified written request from Annette Tissue.

8.2    Defendant, CitiFinancial, Inc. and agents violated RESPA by failing to provide Annette Tissue with a written explanation of why the information requested is unavailable or cannot be obtained by the servicer.

8.3    Annette Tissue has suffered damages by Defendant, CitiFinancial, Inc.'s failure to respond pursuant to RESPA because it has severely limited her ability to vindicate her rights in respect of the many abusive loans that CitiFinancial, Inc. and agents supplied to her.

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

VIIII. SEVENTH CLAIM FOR RELIEF: HOME OWNERSHIP AND EQUITY PROTECTION ACT OF 1994 (HOEPA), 15 U.S.C. 1639.

9.1    Plaintiff, Annette Tissue re-alleges every allegation in paragraphs 1.1 through 8.3 against Defendant, CitiFinancial, Inc. and agents respectively.

9.2    Defendant, CitiFinancial, Inc. and agents violated HOEPA by granting Annette Tissue several mortgage loans without considering her ability to repair.

9.3    Defendant, CitiFinancial, Inc. and agents violated HOEPA by engaging in a scheme to strip the equity out of her home by repetitively flipping her loans and refinancing her home until there was no equity left in her home and Annette Tissue was helpless to repay her mortgage.

X. EIGHTH CLAIM FOR RELIEF: TRUTH IN LENDING ACT (TILA) 15 U.S.C. 1601, et seq.

10.1    Plaintiff, Annette Tissue re-alleges every allegation in paragraphs 1.1 through 9.3 against Defendant, CitiFinancial, Inc. and agents respectively.

10.2    As described above, numerous transactions between Annette Tissue and Defendant, CitiFinancial, Inc. and agents were high rate mortgages. 15 U.S.C. 1602 (aa)(1)(B).

COMPLAINT
Page 17 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

10.3   The numerous transactions between 10/12/2004 and 3/27/2007 where

therefore, ones in which the provisions of 15 U.S.C. 1639 and 12 C.F.R. 226.32

were applicable.

10.4   Defendant, CitiFinancial, Inc. and agents violated the Truth-in-

Lending, inter alia:

A. by failing to provide the disclosures to the consumer required by 15

U.S.C. 1639 (a)(1) and (a)(2)(A) and 12 C.F.R. 226.32(c)(1)-(3).;

B. by failing to provide the above disclosures to the consumer required at

least three business days prior to the consummation of the transaction, in violation

of 15 U.S.C. 1639 (b)(1) and 12 C.F.R. 226.31(c).

C. by failing to provide accurate disclosures as required by 15 U.S.C.

1638(a), and Reg. Z 226.17 and 226.18.

10.5   The failure to comply with any provision of 15 U.S.C. 1639is deemed

a failure to deliver material disclosures for the purpose of 15 U.S.C. 1635. See 15

U.S.C. 1639(j).

10.6   Pursuant to the Truth-in-Lending Act, Annette Tissue, had an absolute

right to cancel the transaction for three business days after the transaction, or

within three days of receiving proper disclosures from the plaintiff, after which she

would not be responsible for any charge or penalty.

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

10.7    Defendant, CitiFinancial, Inc. and agents violations of 15 U.S.C.

1638, 1639 and 12 C.F.R. 226.17, 226.18, 226.31, and 226.32, which are

considered to be a failure to five all material disclosures, give rise to a continuing

right of rescission on the part of Annette Tissue.

10.8    Annette Tissue hereby elects to rescind the transaction between

herself and plaintiff's assignor, pursuant to her continuing right of rescission.

10.9    When a consumer elects to rescind pursuant to the Truth-in-Lending

Act, any security interest taken in connection with the transaction becomes void.

15 U.S.C. 1635(b).

10.10 The mortgage that is the subject of this foreclosure action was taken in

connection with the transaction that Ms. Homeowner has elected to rescind.

10.11 Since the mortgage is now void, this foreclosure case is due to be

dismissed.

WHEREFORE, Annette Tissue prays that this Court dismiss plaintiff's

complaint, with prejudice.

## XII.  PRAYER FOR RELIEF

11.1    Due to the allegations contained above, the Plaintiff, Annette Tissue

requests the following relief:

COMPLAINT
Page 19 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY  LEGAL  ASSISTANCE
721 North Cincinnati Street - PO  Box 3528
Spokane, WA  99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

## BREACH OF MBPA.

Pursuant to Plaintiff, Annette Tissue's claim for Defendant, CitiFinancial, Inc. and agent's breach of fiduciary duty, Annette Tissue requests actual damages, emotional pain and suffering, and attorney's fees in an amount to be proved at trial.

## FRAUD

Pursuant to Plaintiff, Annette Tissue's claim for Defendant, CitiFinancial, Inc. and agents Fraud perpetrated against Plaintiff, Annette Tissue requests special damages for all losses proximately caused by the Fraud including pain and suffering.

## NEGLIGENT MISREPRESENTATION

Annette Tissue requests damages from Defendant, CitiFinancial, Inc. and agents in the amount necessary to compensate her for the pecuniary loss including:

(a) pecuniary loss suffered as a consequence of the plaintiffs' reliance upon the misrepresentation including damages for emotional distress.

(b) for reasonable attorney's fees and costs.

## UNCONSCIONABLE CONTRACT

Pursuant to Annette Tissue's claims against Defendant, CitiFinancial, Inc. and agents, the Plaintiff, Annette Tissue asks the court to refuse to enforce the

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

unconscionable contract and declare the existing loans void and assess attorney

fees and costs against the defendants.

### UNFAIR AND DECEPTIVE ACTS AND PRACTICES

Pursuant to Annette Tissue's claims against Defendant, CitiFinancial, Inc.

and its agents, and Quicken Loans, Inc. and its agents for their violations of the

Consumer Protection Act, RCW 19.86, by engaging in per se unfair business

practices as defined by RCW 19.134 and RCW 18.28, Plaintiff, Annette Tissue

requests actual damages to be proved at trial.

Pursuant to RCW 19.86.090, Annette Tissue also requests additional treble

damages.

Plaintiff requests the award of reasonable attorneys fees as provided by

RCW 19.86.090.

Such other relief as the court deems just and equitable.

### RESPA

Pursuant to Annette Tissue's claims against Defendant, CitiFinancial, Inc.

and agents for their violations of the RESPA, 12 U.S.C. 2605, she requests the

following damages resulting from Defendant's failure to adequately respond to her

qualified written request, and hence rendering her unable to effectively battle the

foreclosure action currently threatening to render her homeless:

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

A.   Actual damages

B.   Treble damages

C.   Reasonable attorney's fees and costs

D.   Any additional damages as the court my deem just and equitable

HOEPA

Pursuant to Annette Tissue's claims against Defendant, CitiFinancial, Inc. and agents for their violations of the RESPA, 12 U.S.C. 2605, she requests the following damages:

A.   Actual damages

B.   Finance charges and fees paid by the consumer

C.   Rescission of the mortgage transaction

TILA

Pursuant to Annette Tissue's claims against Defendant, CitiFinancial, Inc. and agents for their violations of the TILA, 15 U.S.C. 1601 et seq., she requests the following damages:

A.   Statutory damages of double the finance charge

B.   Actual damages

C.   Attorney's fees

D.   Costs

COMPLAINT
Page 22 of 24
Tissue/Pleadings/Complaint/022009/at/alm/jc

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

Such other relief as the court deems just and equitable

Dated this 17th day of February, 2009.

UNIVERSITY LEGAL ASSISTANCE

ALAN L. McNEIL, WSBA#:7930
Attorney for Plaintiffs

ADRIENNE S. THOMMES, WSBA#:9107595
Legal Intern for Plaintiffs

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

1

## VERIFICATION

2

3    I, ANNETTE P. TISSUE, solemnly declare and affirm under the penalties of

4    perjury of the law of the United States that the contents of the foregoing Complaint

5    are true to the best of my knowledge, information and belief.

6    Dated this 20 day of February, 2009.

7

8    *Annette P Tissue*

9    ANNETTE P. TISSUE, Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNIVERSITY LEGAL ASSISTANCE
721 North Cincinnati Street - PO Box 3528
Spokane, WA 99220-3528
(509)313-5791 Telephone
(509)313-5805 Facsimile
(509) 313-3796 TTY

25