UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE P. TISSUE, a single woman,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIFINANCIAL, INC., a Texas Corporation doing business in Spokane, Washington, and their AGENTS, QUICKEN LOANS, INC., a Michigan Corporation doing business in Spokane, Washington, and their AGENTS, and COUNTRYWIDE HOME LOANS, INC., a Texas Corporation doing business in Spokane, Washington and their AGENTS,<br><br>　　　　Defendants. | NO. CV-09-53-RHW<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

　　Plaintiffs filed the above-captioned case on February 20, 2009, and also filed a Motion for Temporary Restraining Order (Ct. Rec. 3). Plaintiff did not file an Affidavit of Service as required by LR 5.1(b).

　　A telephonic hearing was held on the motion on February 24, 2009. Plaintiff was represented by Rule 9 Intern Adrienne Thommes and attorney Alan McNeil. Plaintiff's counsel indicated that they were not able to complete service on all of the Defendants, but reported that Defendant Countrywide agreed to suspend foreclosure activity at this time.

　　Given that the immediacy of the foreclosure action has dissipated, the Court declines to grant the Motion for Temporary Restraining Order.

**ORDER DENYING
MOTION FOR TEMPORARY RETRAINING ORDER ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Ct. Rec. 3) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 25th day of February, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2009\Tissue\deny.tro.wpd

**ORDER DENYING
MOTION FOR TEMPORARY RETRAINING ORDER ~ 2**