UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE P. TISSUE, a single woman,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIFINANCIAL, INC., a Texas Corporation doing business in Spokane, Washington, and their AGENTS, QUICKEN LOANS, INC., a Michigan Corporation doing business in Spokane, Washington, and their AGENTS, and COUNTRYWIDE HOME LOANS, INC., a Texas Corporation doing business in Spokane, Washington and their AGENTS,<br><br>　　　　Defendants. | NO. CV-09-053-RHW<br><br>**ORDER GRANTING PARTIES' MOTION FOR DISMISSAL OF DEFENDANT WITH PREJUDICE** |

　　Before the Court is Plaintiff's and Defendant Countrywide Home Loans, Inc.'s Motion for Dismissal of Defendant with Prejudice (Ct. Rec. 119). The parties have entered into a Settlement Agreement and asks that Plaintiff's claims asserted against Defendant Countrywide Home Loans, Inc. be dismissed with prejudice. The Court finds that good cause exists to grant the motion.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The parties' Motion for Dismissal of Defendant with Prejudice (Ct. Rec. 119) is **GRANTED**.

　　2. Plaintiff's claims asserted against Defendant Countrywide Home Loans, Inc. are **dismissed** with prejudice.

**ORDER GRANTING PARTIES' MOTION FOR DISMISSAL OF DEFENDANT WITH PREJUDICE** ~ 1

1   **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2   Order and forward copies to counsel.
3       **DATED** this 4th day of March, 2010.

        *s/Robert H. Whaley*
        ROBERT H. WHALEY
        United States District Judge

Q:\CIVIL\2009\Tissue\dismisscw.wpd

**ORDER GRANTING PARTIES' MOTION FOR DISMISSAL OF DEFENDANT WITH PREJUDICE ~ 2**