UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE P. TISSUE, a single woman,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIFINANCIAL, INC., a Texas Corporation doing business in Spokane, Washington, and their AGENTS, QUICKEN LOANS, INC., a Michigan Corporation doing business in Spokane, Washington, and their AGENTS, and COUNTRYWIDE HOME LOANS, INC., a Texas Corporation doing business in Spokane, Washington and their AGENTS,<br><br>    Defendants. | NO. CV-09-053-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is Defendant Quicken Loans Inc. and Plaintiff's Stipulated Motion for Dismissal With Prejudice (Ct. Rec. 124). The motion was heard without oral argument.

The parties ask that Plaintiff's HOEPA and Consumer Loan Act claims be dismissed with prejudice and without costs. The Court accepts the parties' Stipulation.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Quicken Loans Inc. and Plaintiff's Stipulated Motion for Dismissal With Prejudice (Ct. Rec. 124) is **GRANTED**.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** ~ 1

2. Plaintiff's HOEPA and Consumer Loan Act claims asserted against Defendant Quicken Loans, Inc. are **dismissed** with prejudice and without costs to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 11th day of June, 2010.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Tissue\stip.dismiss.wpd

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** ~ 2