UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE P. TISSUE, a single woman,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIFINANCIAL, INC., a Texas Corporation doing business in Spokane, Washington, and their AGENTS, QUICKEN LOANS, INC., a Michigan Corporation doing business in Spokane, Washington, and their AGENTS,<br><br>　　　　Defendants. | NO. CV-09-053-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulated Voluntary Dismissal with Prejudice (Ct. Rec. 134). The parties have entered into a Settlement Agreement, which has been approved by the United States Bankruptcy Court for the Eastern District of Washington. The parties ask the Court to dismiss the claims against Defendants with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Voluntary Dismissal with Prejudice (Ct. Rec. 134) is **GRANTED**.

///
///
///
///

**ORDER GRANTING THE PARTIES' STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1**

2. Plaintiff's claims asserted against Defendant Citifinancial, Inc. and Quicken Loans, Inc., are **dismissed** with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 28th day of February, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Tissue\dismiss.wpd

**ORDER GRANTING THE PARTIES' STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2**